KEVIN E. FUSCH (SBN 255877)
PATRICIA H. LYON (SBN 126761)
FRENCH LYON TANG
A Professional Corporation
1550 Parkside Drive, Suite 250
Walnut Creek, CA 94596
Telephone: (415) 597-7816

Attorneys for Movant,
MEDALLION GOLD INC. and
MEDALLION SERVICING, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| In re:<br><br>PRIORITY ACQUISITIONS, INC,<br><br>Debtor. | Case No.: 23-41651-CN-7<br><br>R.S. No. PHL-201<br><br>Chapter 7<br><br>**DECLARATION OF BRENDA VOELKER IN SUPPORT OF MOTION FOR *IN REM* RELIEF FROM THE AUTOMATIC STAY (Local Bankruptcy Rule 4001-1 and 9014-1(f)(2), 11 U.S.C. §362(d)(1), (d)(2) and (d)(4), and Bankruptcy Rule 4001)**<br><br>Hearing<br>Date: May 24, 2024<br>Time: 10:00 a.m.<br>Ctrm: 215<br>\*\*Hearing to be conducted in person and by Telephone or Video Conference |

I, Brenda Voelker, declare as follows:

1. I am the Manager of Medallion Servicing LLC ("Medallion Servicing"), the loan servicer for Movant MEDALLION GOLD INC. (hereafter, "Medallion Gold" and Medallion Servicing and collectively with Medallion Servicing referred herein from time to time collectively as "Movant"). In my position as Manager of Medallion Servicing, I am the

-1-
DECLARATION IN SUPPORT OF MOTION FOR RELIEF
CASE NO. 23-41651

custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof. Additionally, I have personal knowledge of the matters stated in this Declaration except as to those stated on information and belief and as to those matters, I believe them to be true and correct. If called upon as a witness, I could, and would, competently testify to the facts contained herein. After reviewing the books, records and files of the above-referenced matter, I make the following Declaration relative to Movant Medallion Servicing service of two (2) loans to Debtor Priority Acquisitions, Inc. ("Debtor").

2. A loan arranged by Movant Medallion Gold and serviced by Movant Medallion Servicing in the amount of $735,000.00 (the "2016 INC Loan") evidenced by a Promissory Note dated February 25, 2016 in the amount of $735,000.00 (the "2016 INC Note") and secured by a Deed of Trust (the "2016 INC DOT") covering real property commonly known as 4747 Ewing Road, Castro Valley California (the "Ewing Property"). The 2016 INC Note, the 2016 INC DOT, and all other documents executed by Priority Inc. in connection with the 2016 INC Loan were signed by Jeremy Musson as the "Appointed Officer." The 2016 INC Note, the 2016 INC DOT are attached to the Exhibit List as Exhibits "1" and "2," respectively.

3. A loan made by Movant Medallion Gold to Debtor in the amount of $420,000.00 (the "2019 INC Loan") evidenced by a promissory note dated September 2, 2019 (the 2019 INC Note") and secured by a Deed of Trust (the "2019 INC DOT") covering the Ewing Property. The 2019 INC Note, the 2019 INC DOT, and all other documents executed by Priority Inc. in connection with the 2019 INC Loan were signed by Jeremy Musson as the "Officer." The 2019 INC Note, the 2019 INC DOT are attached to the Exhibit List as Exhibits "3" and "4," respectively.

4. Both of the Loans are in default for nonpayment of the amounts due. The 2016 INC Note matured and was due and payable in full on March 14, 2021. In January, 2023, the 2019 INC Note became in default as a result of the failure to make monthly payments due from January 1, 2023 and the payments due thereafter. Both Loans are also in default as a result of Debtor's failure to maintain insurance and the failure to pay real property taxes (see, e.g., the Trustee's Sale Guaranty attached as Exhibit "10" to the Exhibit List; Fusch Decl., ¶5 and

Exhibits "13" and"14" to the Exhibit List).

5. In August 2023, Movant decided to pursue foreclosure remedies against the 2019 INC Note first. Movant retained Peak Foreclosure Services, Inc. ("Trustee"), to act as trustee under the 2019 INC DOT. A Notice of Default and Election to Sell Under Deed of Trust ("NOD") was recorded on August 9, 2023, as Document No. 2023090110, Official Records, County of Alameda, California. Request for Judicial Notice filed herewith ("RFJN"), ¶1 and Exhibit "5" to the Exhibit List. Thereafter, a Notice of Trustee's Sale was published and recorded setting a trustee's sale date of December 19, 2023. RFJN ¶2 and Exhibit "6" to the Exhibit List.

6. On December 18, 2023, the day before the trustee's sale date, Debtor filed its petition under Chapter 7 in this Case. (Docket No. 6; Exhibit 7 to Exhibit List.) As a consequence of the filing of the Chapter 7 Petition, Movant instructed the Trustee Peak to postpone the Trustee's Sale.

7. Although the Ewing Property is listed as an asset of Priority Inc., Movant's attorneys searched the Alameda County Public Records and found that Jeremy Ryan Musson, acting as the officer of Priority Inc., transferred title to the Ewing Property *to himself* pursuant to two (2) different Grant Deeds recorded on December 14, 2023, in the Official Records, Alameda County, California (the "Ewing Grant Deeds") four (4) days prior to the scheduled Trustee's Sale and four (4) days *prior* to the filing of this Bankruptcy Case. RFJN" ¶3-4 and Exhibits "8" and "9" to the Exhibit List. Movant had no knowledge of and did not consent to the transfer of title to Debtor.

8. According to the Trustee's Sale Guaranty obtained by Movant in connection with the foreclosure, total liens against the Ewing Property are approximately $1,713,892.90, as follows:

    a. Movant's Deed of Trust recorded March 21, 2016 in the amount of $735,000.00, with a balance of $900,210.35;
    b. Abstract of Judgment recorded August 26, 2019 in the amount of $53,978.45;
    c. Movant's Deed of Trust recorded September 25, 2019 in the amount of $420,000.00 with a balance of $244,685.96;
    d. Deed of Trust recorded December 12, 2019 in the amount of $130,000.00;
    e. Deed of Trust recorded February 5, 2020 in the amount of $199,605.00;

      f.   Delinquent real estate taxes in the amount of $68,132.05 as of August 31, 2023;
      g.   Additional tax liens in an amount in excess of $31,000.00;
      h.   A claim of Mechanics Lien recorded June 21, 2022 in the amount of $76,177.45.

**Total Liens: $1,703,788.26***

*Total Liens do not include penalties and interest that have accrued on the various liens and taxes, nor does it include legal fees. A true and correct copy of the Trustee's Sale Guaranty for the Ewing Property is attached to the Exhibit List as Exhibit "10."

9. Based on my review of various websites that track real property market values, the value of the Ewing Property is $1,180,000.00, leaving a shortfall of more than $523,000.00. See, for example, Exhibit "11" to the Exhibit List.

10. Although Mr. Musson recently reinstated the monthly payment default under the 2019 INC Note, the real estate taxes still have not been paid, In addition, the 2016 INC Note remains in default as it matured and was due and payable in full in 2021 as noted in paragraph 4 above.

11. Unless *in rem* relief from stay is granted with respect to and the Ewing Property, Debtor will continue to take evasive action to avoid foreclosure by Movant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of May, 2024, at Brentwood, California.

                        /s Brenda Voelker
                        Brenda Voelker