

1  KEVIN E. FUSCH
   (SBN 255877)
2  PATRICIA H. LYON
   (SBN 126761)
3  FRENCH LYON TANG
   A Professional Corporation
4  1550 Parkside Drive, Suite 250
   Walnut Creek, CA 94596
5  Telephone: (415) 597-7816

The following constitutes the order of the Court.
Signed: May 30, 2024

_____
Charles Novack
U.S. Bankruptcy Judge

6  Attorneys for Movant,
   MEDALLION GOLD INC., and
7  MEDALLION SERVICING, LLC

8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   (OAKLAND DIVISION)

12

13 In re:                          )   Case No.: 23-41651-CN-7
                                   )
14                                 )   R.S. No. PHL-201
   PRIORITY ACQUISITIONS, INC.,    )
15                                 )   Chapter 7
                                   )
16        Debtor.                  )   **ORDER GRANTING MOTION FOR**
                                   )   **RELIEF FROM STAY**
17                                 )
                                   )   Date: May 24, 2024
18                                 )   Time: 10:00 a.m.
                                   )   Ctrm: 215
19                                 )   Place: 1300 Clay Street
                                   )          Oakland, California
20                                 )
                                   )
21                                 )
                                   )
22                                 )
                                   )
23                                 )

24       Movant MEDALLION GOLD INC.'S AND MEDALLION SERVICING, LLC'S

25 (collectively, "Movant") Motion for Relief from Stay ("Motion") came on regularly for hearing

26 before the Honorable Charles Novack. All appearances were as noted in the Court's record.

27       Based upon the pleadings contained herein and good cause appearing,

28

-1-

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to Movant's Motion for Relief from the Automatic Stay under 11 U.S.C. §362(d)(1) is granted, and Movant may proceed with the non-judicial foreclosure of its lien on the real property described as 4701 and 4747 Ewing Road, Castro Valley, California (the "Property"), as more particularly described in Exhibit "A" attached hereto and incorporated herein by reference.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED THAT THE fourteen (14) day stay provided by Federal Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER **

## COURT SERVICE LIST

Priority Acquisitions, Inc.
16996 Grovenor Dr
Castro Valley, CA 94546

# EXHIBIT "A"

## LEGAL DESCRIPTION

The land referred to is situated in the unincorporated area of the County of Alameda, State of California, and is described as follows:

Parcel One:

Portion of the land shown on the Map of "Record of Survey, Portion of Elizabeth G. Parsons Estate," filed January 11, 1946, in Book 2 of Licensed Surveys, Pages 16, 17 and 18, described as follows:

Beginning at a point on the center line of Ewing Road distant thereon North 2° 25' 52" West 256 feet from the center line of Parsons Road, as said roads are shown on said Map; and running thence along the center line of said Ewing Road North 2° 25' 52" West 105.12 feet, and Northwesterly tangent with the last named course on a curve to the left with a radius of 400 feet, 15 to the true point of beginning; thence continuing along said course, 109.88 feet; thence South 68° 40' 45" West 581.33 feet; thence South 40° 13' East 35 feet; and thence North 76° 24' 45" East 558.18 feet to the true point of beginning.

APN: 084D-1250-022

Parcel Two:

A portion of that Parcel described in the Grant Deed from John J. Tarabochia and Mary A. Tarabochia to Lee Gentili and Edith Janet Gentili, recorded June 6, 1960, on Reel 101, at image 112, under series no. AR65677, Alameda County Records, being more particularly described as follows:

Commencing at a point on the centerline of Ewing Road distant thereon Northwesterly 645.82 feet from the centerline of Parsons Road, as said roads are shown on aforesaid record of survey map, said point of commencement being the most Northern corner of aforesaid Gentili Parcel; thence along the Northwestern line of said Parcel South 60° 42' 40" West 425.73 feet to a point distant thereon North 60° 42' 40" East 164.00 from the most Western corner of said Parcel, last said point being the actual point of beginning; thence continuing along said Northwestern line South 60° 42' 40" West 164.00 feet to said most Western corner; thence along the Southwestern line of said Parcel South 40° 13' 00" East,80.01 feet to the Southeastern line of said Parcel; thence along said Last line North 68° 42' 05" East 162.40 feet to a line drawn South 36° 03' 00" Eai,t from the actual point of beginning; thence along last said drawn line North 36° 03' 00" west 101.84 feet to the actual point of beginning.

APN: 084D-1250-021-03

Pursuant to that certain Certificate of Compliance and Lot Line Adjustment PLN 2020-00274 recorded January 24, 2022 as Instrument No. 2022015927, Official Records, the above Parcels One and Two are now known as follows:

Adjusted Parcel One:

Portion of APN: 084D-1250-022

All that certain real property situated in the unincorporated area of the Township of Eden, County of Alameda, State of California, described as follows:

A portion of the land shown on the map of "Record 'of Survey, Portion of Elizabeth G. Parsons Estate, etc.", filed January 11, 1946, in Book 2 of Records of Survey, at Pages 16 through 18, Alameda County Records, described as follows:

A portion of that parcel described in the grant deed from Jennifer L. Stevenson. Trustee of The Robert L. Stevenson Living Trust dated 4/26/94 to Priority Acquisitions, Inc., recorded March 21, 2016, at Series No. 2016 066766, Alameda County Records, being more particularly described as follows:

Commencing at the intersection of the centerline of Ewing Road (50 foot wide RIW) with the centerline of Proctor Road (50 foot wide RAN, formerly known as Parsons Road) as said roads are shown on aforesaid Record of Survey; thence along said centerline of Ewing Road North 2°25'52" West 361.07 feet; thence continuing along last said centerline northeasterly on a tangent curve to the left, with a radius of 400 feet, through a central angle of 2°08'55", an arc distance of 15.00 feet to the southeastern line of aforesaid parcel (2016 066766); thence continuing along said centerline curve, through a central angle of 4°35'25", an arc distance of 32.06 feet to the True Point of Beginning; thence continuing along said centerline curve, through a central angle of 11°08'56", an arc distance of 77.83 feet to the northwestern line of said parcel (2016 166766); thence along last said line South 68°42'05" West 272.25 feet; thence South 13°33'52" East 48.88 feet to a line drawn parallel with and 24.00 feet northwesterly of said southeastern line of said parcel (2016 066766); thence along said parallel line North 76°26'08" East 195.30 feet; thence northeasterly on a tangent curve to the left, with a radius of 100 feet, through a central angle of 14°05'10", an arc distance of 24.58 feet; thence North 62°20'58" East 27.65 feet to the northwestern line of said Ewing Road; thence North 80°49'48" East 25.00 feet to the True Point of Beginning.

Adjusted Parcel Two.

APN: 084D-1250-021-03 and
Portion of APN: 084D-1250-022

All that certain real property situated in the unincorporated area of the Township of Eden, County of Alameda, State of California, described as follows:

A portion of the land shown on the map of "Record of Survey, Portion of Elizabeth G. Parsons Estate, etc", filed January 11946, in Book 2 of Records of Survey. at Pages 16 through 18, Alameda County Records, described as follows:

All of that parcel described in the grant deed from Wilhelmina Hughes to Priority Acquisitions, Inc., hereinafter referred to as "Parcel A" for purposes of this description, recorded August 01, 2019, at Series No. 2019 148444, Alameda County Records, and a portion of that parcel described in the grant deed from Jennifer L. Stevenson, Trustee of The Robert L. Stevenson Living Trust dated 4/26/94 to Priority Acquisitions, Inc., hereinafter referred to as "Parcel B" for purposes of this description, recorded March 21, 2016, at Series No. 2016 066766, Alameda County Records, being more particularly described as follows:

Commencing at the intersection of the centerline of Ewing Road (50 foot wide RNV) with the centerline of Proctor Road (50 foot wide RIW, formerly known as Parsons Road) as said roads are shown on aforesaid Record of Survey; thence along said centerline of Ewing Road North 2°25'52" West 361.07 feet; thence continuing along last said centerline northeasterly on a tangent curve to the left, with a radius of 400 feet, through a central angle of 2°08'55", an arc distance of 15.00 feet to a point on the southeastern line of aforesaid "Parcel B" (2016 066766) last said point being the True Point of Beginning; thence along last said line South 76°26'08" West 558.19 feet to the southwestern line of said "Parcel B"; thence along last said line and the southwestern line of aforesaid "Parcel A" (2019 148444) North 40°13'00" West 115.01 feet to the northwestern line of said "Parcel A"; thence along last said line North 60°42'40" East 164.00 feet to the northeastern line of said "Parcel A"; thence along last said line South 36°03'00" East 101.84 feet to the northwestern line of said "Parcel B"; thence along last said line North 68°42'05" East 146.66 feet to a point distant thereon South 68°42'05" West 272.25 feet from aforesaid centerline of Ewing Road; thence South 13°33'52" East 48.88 feet to a line drawn parallel with and 24.00 feet northwesterly of aforesaid southeastern line of "Parcel B"; thence along said parallel line North 76°29'08" East 195.30 feet; thence northeasterly on a tangent curve to the left, with a radius of 100.00 feet, through a central angle of 14°05'10", an arc distance of 24.58 feet; thence North 62°20'58" East 27.65 feet to the northwestern line of said Ewing Road; thence North 80°49'48" East 25.00 feet to a point on the aforedescribed 400 foot radius centerline of Ewing Road the Centerpoint of which bears South 80°49'48" West from last said point; thence southeasterly along said centerline on curve to the right, through a central angle of 4°35'25", an arc distance of 32.06 feet to the True Point of Beginning.

the purported street address of said land as determined from the latest County Assessor's Roll is:

4701 & 4747 EWING ROAD, Castro Valley, CA 94546